BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CV-00957-MCE-DAD |
|---|---|
| Plaintiff, | REQUEST TO CONTINUE DEADLINE FOR FILING OF DISPOSITIONAL DOCUMENTS |
| v. | |
| APPROXIMATELY $20,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby requested that the Court continue the deadline of August 16, 2013 for the filing of dispositional documents to August 30, 2013, to allow the *pro se* claimant additional time to execute the settlement documents and return them to the United States for filing with the Court.  Since early August 2013, claimant has been unavailable due to prescheduled vacation.  The brief extension will allow the claimant to return from

///
///
///
///
///
///

1

his vacation and execute the documents necessary to complete the mutually agreed-upon forfeiture settlement.

Dated: 8/14/13

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.  The deadline for the filing of dispositional documents is continued to **August 30, 2013**.

Dated:  August 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

Stipulation and Order to Continue Deadline